UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NATHEL & NATHEL, INC.,

           Plaintiff,

        v.

BREADBERRY LAKEWOOD, LLC, *et al.*,

           Defendants.

Civil Action No. 25-1502 (MAS) (JTQ)

**ORDER**

This matter comes before the Court on Plaintiff Nathel & Nathel, Inc.'s ("Plaintiff") unopposed Motion for Default Judgment against Samuel Gluck. (ECF No. 7.) The Court has carefully considered Plaintiff's submission and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion and other good cause shown,

    **IT IS**, on this 6th day of July 2026, **ORDERED** as follows:

1.    Plaintiff's Motion for Default Judgment is **DENIED**.

2.    Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

3.    The Clerk shall CLOSE this case.

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**